**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| ERIC CHARLES BURGIE,<br>ADC #120956 | PLAINTIFF |
| v.    No. 5:11CV00122 JLH-JJV | |
| MARVIN EVANS, JR., Deputy Director,<br>Arkansas Department of Correction; *et al*. | DEFENDANTS |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is hereby DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 14th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE